AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Target Device #14: HP 21 Touch Smart Computer, MODEL NO: 21-2024, S/N: TM151J01MF

Case No. 16-MJ-4074-DHH

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Target Device #14: HP 21 Touch Smart Computer, MODEL NO: 21-2024, S/N: TM151J01MF, as more particularly described in Attachment A hereto

located in the _____ District of ___Massachusetts___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Secs 841(a)(1); 846 | Distribution of and possession with intent to distribute controlled substances and conspiracy to do so |
| 18 U.S.C. Secs 1956 and 1957 | Laundering of monetary instruments and conspiracy to do so |

The application is based on these facts:

See Attached Affidavit of Task Force Officer Robert J. MacHugh

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Task Force Officer Robert J. MacHugh
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/05/2016

*Judge's signature*

City and state: Worcester, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*